FILED
March 3, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Feb. 28, 2021

To whom it may concern:

I'm in fear of my life of being exposed to COVID-19 due to a Jail staff (kitchen) being positive and in ICU. Exposure by being a kitchen trustee without proper PPE.

Respectfully
David Ybanez Jr.
David Ylanez Jr.

RECEIVED
MAR - 3 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Mr David Ybanel Jr
412 E 15 Street
Post, Tx 79356

INMATE MAIL

LUBBOCK TX 794
1 MAR 2021 PM 1 L

United States District Court
Office of the Clerk
Northern District of Texas
1205 Texas Ave Room 209
Lubbock, TX 79401

RECEIVED
MAR -3 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



79401-402755