IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| DAVID YBANEZ, JR, <br> Institutional ID No. 87966509, <br><br> Plaintiff, <br><br> v. <br><br> GARZA COUNTY JAIL <br> ADMINISTRATION, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 5:21-CV-054-BQ |

## JUDGMENT

Of equal date herewith an Order of Dismissal having been entered, it is

**ORDERED** and **ADJUDGED** that Plaintiff's Amended Complaint and all claims alleged therein are dismissed with prejudice.

This dismissal shall count as a qualifying dismissal or "strike" under 28 U.S.C. § 1915 and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996). *See Lomax v. Ortiz-Marquez*, 140 S. Ct. 1721, 1723 (2020).

**SO ORDERED.**

Dated: June 3, 2022.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE